**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**MDR UNITED LLC**,

Plaintiff,

v.

**FLEX NINE EXTERIORS, INC. d/b/a
NOVUS ROOFING AND EXTERIORS,
et al.**,

Defendants.

**Case No. 2:25-cv-05073-JDW**

**ORDER**

**AND NOW**, this 9th day of July, 2026, upon consideration of Counterclaim-Defendant MDR United, LLC's Motion To Dismiss Defendant/Counterclaim-Plaintiff Flex Nine Exteriors, Inc.'s Counterclaims With Prejudice And Request For Attorneys' Fees And Costs (ECF No. 34), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.       The Motion is **GRANTED** with respect to Flex Nine's counterclaims for (a) negligent misrepresentation based on disclosures in the Workbook, (b) breach of contract based on alleged breaches of Sections 3.6, 3.7, and 12.5.2 of the Franchise Agreements, and (c) breach of implied covenant of good faith and fair dealing;

2.       The Motion is **DENIED** with respect to Flex Nine's counterclaims for (a) fraudulent misrepresentation, (b) negligent misrepresentation based on disclosures in the

FDD, and (c) breach of contract based upon an alleged breach of Section 3.9 of the Franchise Agreements;

3.      The Motion is **DENIED AS MOOT** with respect to Flex Nine's counterclaim for an alleged violation of the Pennsylvania Unfair Trade Practices And Consumer Protection Law; and

4.      The Motion is **DENIED WITHOUT PREJUDICE** with respect to MDR's request for attorneys' fees and costs.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.